CHARLES FABRIZIO *v.* HOWARD S. GLASER

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 458 (AC 13293), is granted, limited to the following issue:

"Did the Appellate Court properly apply the general verdict rule under the circumstances of this case?"

The Supreme Court docket number is SC 15315.

*Carey B. Reilly,* in support of the petition.

*Craig A. Fontaine* and *Paul T. Edwards,* in opposition.

Decided September 28, 1995